# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Joseph and
Gila Yousheai

V.

CASE NO. 04-11530-WGY

Martha Emir

Emergency    **NOTICE OF APPEAL**

Notice is hereby given that _Martha Emir_ above named,
hereby appeals from the _Memorandum And Order_ entered in the
above entitled action on _7/9/2004_ .

2004/7/9
**Date**

Ms. Martha Emir

(notofapp.frm - 09/92)

[app., kdapp., kgapp., kcustapp.]