UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH AND GILA YOUSHEAI,
Plaintiffs,

v.

MARTHA EMIR,
Defendant.

C.A. No. 04-11530-WGY

ORDER OF DISMISSAL

ZOBEL, D.J.

In accordance with this Court's order dated July 9, 2004, this case is remanded to the court from which it was removed.

By the Court,

s/ Linn A. Weissman
Deputy Clerk

Date July 9, 2004