# United States Court of Appeals
## For the First Circuit

No. 04-1911
DC No. 04-11530

JOSEPH YOUSHEAI,

Plaintiff, Appellee,

GILA YOUSHEAI,

Plaintiff, Appellee,

v.

MARTHA EMIR,

Defendant, Appellant.

ORDER OF COURT

Entered: July 27, 2004

By order entered July 9, 2004, appellant was directed to show cause in writing as to why this appeal should not be dismissed for lack of jurisdiction. Appellant was warned that failure to respond by July 19, 2004 would lead to dismissal for lack of diligent prosecution.

Appellant having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Local Rule 3(b).

By the Court:
Richard Cushing Donovan, Clerk

By: *JULIE GREGG*
Appeals Attorney

[CC: Martha Emir, George Kickham, Esq., James Kickham, Esq.]